NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7044

STEVEN PREMINGER,

Petitioner,

v.

SECRETARY OF VETERANS AFFAIRS,

Respondent.

On petition for review pursuant to 38 U.S.C. Section 502.

ON MOTION

## O R D E R

Upon consideration of the petitioner's motion for leave to file his reply brief and an appendix out of time,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Scott J. Rafferty, Esq.
Jane W. Vanneman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2010

JAN HORBALY
CLERK